KRISTOFER STROJNIK, SBN 242728
pstrojnik@strojniklaw.com
THE STROJNIK FIRM, LLC
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 95016
Telephone: (602) 510-9409
Facsimile: (602) 773-0370

Attorneys for Plaintiff
THERESA BROOKE

JOHN A. MAVROS, SBN 257673
E-Mail  jmavros@fisherphillips.com
BRET MARTIN, SBN 304658
E-Mail  bmartin@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Defendant
GRAND PRIX FREMONT LLC

**IT IS SO ORDERED**

Judge Thomas S. Hixson

Dated: 1/28/2020
Case is Dismissed with Prejudice. The Clerk shall close the file and terminate the case

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GRAND PRIX FREMONT LLC, a Delaware limited liability company dba Residence Inn Fremont Silicon Valley,<br><br>　　　　　Defendants. | Case No:  4:19-cv-06687-TSH<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)**<br><br>Complaint Filed:　October 18, 2019<br>Trial Date:　　　None Set |

　　　　Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties;

each party to bear her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 28, 2020 THE STROJNIK FIRM, LLC

By: /s/ P. KRISTOFER STROJNIK
P. KRISTOFER STROJNIK
Attorneys for Plaintiff
THERESA BROOKE

Dated: January 28, 2020 FISHER & PHILLIPS LLP

By: /s/ JOHN A. MAVROS
JOHN A. MAVROS
BRET MARTIN
Attorneys for Defendant
GRAND PRIX FREMONT LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to P. Kristofer Strojnik, counsel for Plaintiff Theresa Brooke, and that I have obtained authorization to affix his electronic signature to this document.

Dated:   January 28, 2020          FISHER & PHILLIPS LLP

By:  /s/ JOHN A. MAVROS
John A. Mavros
Bret Martin
Attorney for Defendant
GRAND PRIX FREMONT LLC

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On January 28, 2020 I served the foregoing document entitled **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

P. Kristofer Strojnik, Esq.
THE STROJNIK FIRM LLC
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 95016

Attorneys for Plaintiff,
THERESA BROOKE

Tel: (602) 510-9409
Email: pstrojnik@strojniklaw.com

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed January 28, 2020 at Irvine, California.

Katherine Ramirez
_____
Print Name

By: _____
Signature